# Court of Appeals
# of the State of Georgia

ATLANTA,___August 24, 2016____

*The Court of Appeals hereby passes the following order:*

**A16A0886. CITY OF LAFAYETTE v. WATSON.**

This appeal arose pursuant to this Court's grant of an application for interlocutory appeal of a decision of the State Court of Walker County. See OCGA § 5-6-34 (b). Upon consideration of the entire record in the matter, it is hereby ordered that the appeal is DISMISSED as having been improvidently granted.



*Court of Appeals of the State of Georgia*
     *Clerk's Office,*
*Atlanta,_____08/24/2016_____*
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*